THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE CONEY ISLAND JOCKEY CLUB, Appellant, *v.* LAWSON PURDY et al., as Commissioners of Taxes and Assessments of the City of New York, Respondents.

*People ex rel. Coney Island Jockey Club* v. *Purdy*, 152 **App. Div.** 175, affirmed.

(Argued January 9, 1913; decided January 28, 1913.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered July 25, 1912, which reversed an order of Special Term denying a motion to quash a writ of certiorari brought to review an alleged wrongful assessment of lands and granted said motion.

*John M. Bowers* and *Latham G. Reed* for appellant.

*Archibald R. Watson, Corporation Counsel* (*Curtis A. Peters* and *Eugene Fay* of counsel), for respondents.

Order affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., WERNER, HISCOCK, CHASE, COLLIN and HOGAN, JJ. Not voting: WILLARD BARTLETT, J.